Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
Allison Vana (Bar No. 228282)
avana@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Plaintiff
BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ANTONIO MONTALVO, <br><br> Defendant. | Case No. <br><br> **NOTICE OF REQUEST TO SEAL DOCUMENTS** |

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE THAT pursuant to Eastern District of California Local Rule 141, Plaintiff Berkshire Life Insurance Company of America ("Berkshire") will, and hereby does, request an Order authorizing that a copy of its Complaint to Confirm Rescission of Insurance Policy and for Declaratory Relief ("Complaint"), and the exhibit attached to the Complaint, be filed under seal to protect the privacy rights of Defendant Antonio Montalvo ("Mr. Montalvo") to confidential medical information.

This matter involves confirmation of the rescission of an individual disability income insurance policy (the "Policy") issued to Mr. Montalvo. In the Complaint, Berkshire alleges that the Policy has been properly rescinded based on apparent fraudulent misstatements, misrepresentations, and concealments by Mr. Montalvo.

1  Although Berkshire has, concurrently with this Notice, filed on the public docket a
2  redacted version of the Complaint and exhibit thereto, it is imperative that the entire
3  Complaint and exhibit be before the Court, with the exception of certain limited
4  information redacted pursuant to Federal Rule of Civil Procedure 5.2(a)--e.g. social
5  security numbers--which is not directly relevant to the allegations of the Complaint.
6  The unredacted Complaint and exhibit reference confidential medical information
7  that Mr. Montalvo has not at this time put in issue in this litigation.  These
8  documents must be filed under seal to protect privacy rights of Mr. Montalvo to his
9  medical information.  Sealing these documents will assist in ensuring that this matter
10 can be fully litigated without the public disclosure of confidential information.

11      The Request to Seal Documents, Proposed Order, and all documents covered
12 by the Request to Seal Documents are being submitted on paper to the Clerk by
13 overnight delivery sent January 4, 2016, in accordance with Local Rule 141(b), and
14 will be served upon Mr. Montalvo after a Summons has been issued.  Berkshire will
15 thereafter file a proof of service.

Dated:  January 4, 2016          MESERVE, MUMPER & HUGHES LLP
                                 Linda M. Lawson
                                 Allison Vana


                                 By: */s/ Allison Vana*
                                     Allison Vana
                                     Attorneys for Plaintiff
                                     BERKSHIRE LIFE INSURANCE
                                     COMPANY OF AMERICA

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

147260.1

2   Case No.
    NOTICE OF REQUEST TO SEAL
    DOCUMENTS