**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Scott D. Laird #190122
Jena M. Harlos #276420

Attorneys for:          Defendant and Counter-Claimant Antonio Montalvo

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, | Case No. 1:16-cv-00006-SAB |
| Plaintiff, | **STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |
| v. | |
| ANTONIO MONTALVO | |
| Defendant. | |
| AND RELATED COUNTERCLAIM | |

## RECITALS

WHEREAS, the undersigned are counsel for the parties hereto;

WHEREAS, the Court has scheduled a Scheduling Conference for April 4, 2016, at 10:00 a.m. in Courtroom 9;

WHEREAS, Berkshire Life Insurance Company of America ("Berkshire") must file a responsive pleading to Antonio Montalvo's counter-claim on or before April 18, 2016;

WHEREAS, for the convenience of the Court and to conserve resources, including preparation of the Joint Report, the parties wish to postpone the Scheduling Conference to a date at least 30 days after Berkshire's responsive pleading to the counterclaim is due; and

///

WHEREAS, the parties request that the Scheduling Conference be continued to May 23, 2016, at 10:00 a.m. in Courtroom 9, or as soon thereafter as is convenient for the Court.

## STIPULATION

The parties agree and stipulate as follows:

1.      The Scheduling Conference in this matter shall be continued from April 4, 2016, at 10:00 a.m. in Courtroom 9 to May 23, 2016, at 9:00 a.m. in Courtroom 9, or as soon thereafter as is convenient for the Court; and

2.      No less than fourteen (14) days prior to the continued Scheduling Conference, the parties will submit to the Court a Joint Scheduling Conference Report as required by the Court.

IT IS SO STIPULATED.


Dated: March 22, 2016                    WANGER JONES HELSLEY PC


                                         By:    */s/ Scott D. Laird*
                                             Scott D. Laird
                                             Jena M. Harlos
                                             Attorneys for Defendant and Counter-
                                             Claimant Antonio Montalvo


Dated: March 22, 2016                    MESERVE, MUMPER & HUGHES LLP


                                         By:    */s/ Allison Vana*
                                             Linda M. Lawson
                                             Allison Vana
                                             Attorneys for Plaintiff and Counter-
                                             Defendant Berkshire Life Insurance
                                             Company of America

### Filer's Attestation – Local Rule 131(e)

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

1

<u>**ORDER**</u>

2   Based on the parties' Stipulation and good cause appearing, the Scheduling Conference presently set

3   for April 4, 2016, at 10:00 a.m. in Courtroom 9 shall be and hereby is continued to May 23, 2016, at

4   9:00 a.m. in Courtroom 9.

5

6   IT IS SO ORDERED.

7

Dated:   **March 22, 2016**

8

_____
UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28