# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTONIO MONTALVO,<br><br>    Defendant.<br><br>ANTONIO MONTALVO,<br><br>    Counter-Claimant,<br><br>vs.<br><br>BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Counter-Defendant. | Case No. 1:16-cv-00006-SAB<br><br>ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE |

    Based upon the stipulation of the parties and for good cause shown,

    IT IS HEREBY ORDERED that this action, Case No. 1:16-cv-00006-SAB, is dismissed in its entirety, as to all parties, with prejudice.

1  IT IS HEREBY FURTHER ORDERED that each party shall bear its own
2 attorneys' fees and costs in this matter.

IT IS SO ORDERED.

Dated: **December 22, 2016**

UNITED STATES MAGISTRATE JUDGE